| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Albert Russo<br>CN 4853<br>Trenton, New Jersey 08650<br>(609) 587-6888<br>STANDING CHAPTER 13 TRUSTEE | Case No:  18-22055 CMG |
| In Re:<br>　**MICHAEL S. KLAPKIN**<br>　**SUSAN KLAPKIN**<br><br>　　　　　　　　Debtors | Chapter 13<br><br>Hearing Date: 2/20/19 @ 10:00 AM<br><br>Judge:  Christine M. Gravelle |

### STANDING CHAPTER 13 TRUSTEE'S OBJECTION TO DEBTOR(S) MODIFIED PLAN

　The Standing Chapter 13 Trustee, Albert Russo, objects to the Debtors' Modified Plan for the following reasons:

1. The modified plan filed to surrender residence. Amended I & J were filed. Debtor's social security income and tax refund was removed. Projected rental payment of $2,600 was added. Debtor was to move out of residence by 12/31/18 per the certification. Trustee requires a copy of new rental lease agreement to support rent paid of $2,600 per month and updated proof of income.

2. State of New Jersey filed a late priority, secured, and unsecured claims.  The priority claim is unsecured and the unsecured claim is partially estimated.

　WHEREFORE, the Standing Chapter 13 Trustee objects to Debtors' Modified Plan.

DATED:　2/15/19　　　　　　　　　　　　　　By: ___/s/ *Albert Russo*
　　　　　　　　　　　　　　　　　　　　　　Albert Russo, Standing Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　　　　By:  Mary A. Krieger , Staff Attorney