| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b) | **Order Filed on February 22, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey** |
| Albert Russo<br>CN 4853<br>Trenton, New Jersey 08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | |
| In Re:<br><br>**MICHAEL S. KLAPKIN**<br><br>**SUSAN KLAPKIN**<br><br>Debtor(s). | Case No.: 18-22055 CMG<br><br>Hearing:  2/20/19 @ 10:00 AM<br><br>Judge:   **Christine M. Gravelle** |

## INTERIM SCHEDULING ORDER REGARDING CONFIRMATION

The relief set forth on the following pages, numbered two (2), is ORDERED.

---

**DATED: February 22, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This Chapter 13 proceeding having come before the Court for Confirmation on 2/20/19 and, in consideration to the Trustee's objection or recommendation, the objection by other parties in interest, and/or request for adjournment of the Confirmation hearing; and, this Order being submitted pursuant to D.N.J. LBR 9072-1(d), (7 Day Rule); and, no objection being received thereon; and, for good cause shown;

**IT IS ORDERED** that Confirmation is rescheduled to 4/17/19 at 10:00 a.m.

**IT IS FURTHER ORDERED** that debtor(s) shall provide the following items to the Trustee, no later than 10 days prior to the date of the rescheduled Confirmation Hearing:

- Statement of cash value of life insurance (3 policies disclosed/2 received)
- Explanation why the tax refund annualized at $875per month is not included in projected disposable income.

**IT IS FURTHER ORDERED** that debtor(s) shall provide and/or resolve the following issues required for Confirmation, on or before the date specified herein:

- Valuation of Newport, R.I. timeshare by 2/27/19
- Verification of filed NJ tax returns for the tax years identified as delinquent on NJ Proof of Claim #19-1, with copies to Trustee by 2/27/19.
- Motion to allow or disallow late filed claim of NJ Division of Taxation #19-1 (or as amended) to be filed by 3/1/19 or resolved with a consent order by 4/10/19

**IT IS FURTHER ORDERED** that at the rescheduled Confirmation Hearing date the case shall be confirmed, or the Parties shall show cause why Confirmation shall be denied or the case be dismissed or converted. Appearance by Counsel for the debtor and all objecting parties shall be required.