| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>GURBIR S. GREWAL<br>ATTORNEY GENERAL OF NEW JERSEY<br>By: Valerie A. Hamilton (18201995)<br>Deputy Attorney General<br>Richard J. Hughes Justice Complex<br>25 W. Market Street<br>P.O. Box 106<br>Trenton, New Jersey 08625<br>Tel: (609) 376-2892<br>Attorneys for the New Jersey Division of Taxation | **Order Filed on April 14, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>MICHAEL and SUSAN KLAPKIN,<br><br>    Debtors. | Hon. Christine M. Gravelle<br><br>Case No.: 18-22055 (CMG)<br><br>Chapter 13<br><br>Hearing Date: April 3, 2019 |

**CONSENT ORDER REGARDING NEW JERSEY DIVISION OF TAXATION'S CLAIMS**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: April 14, 2019**

*/s/ Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor:  Michael & Susan Klapkin
Case No.: 18-22055 (CMG)
Caption of Order: CONSENT ORDER REGARDING NEW JERSEY DIVISION OF TAXATION'S CLAIMS
--------

This matter having been presented to the Court by Debtors, Michael and Susan Klapkin ("Debtors"), on Motion to Modify the Proof of Claim (Claim No. 19-1) of the State of New Jersey Division of Taxation ("N.J. Taxation"), and N.J. Taxation having filed an amended Proof of Claim (Claim No. 19-2), and the Debtors, by and through their counsel, Gillman, Bruton & Capone, LLC (Justin M. Gillman, Esq., appearing) and N.J. Taxation, by and through its attorney, Gurbir S. Grewal, Attorney General of New Jersey (Valerie A. Hamilton, Deputy Attorney General, appearing) having consented to the relief set forth herein, and good and sufficient cause appearing for the entry of the within Order; IT IS HEREBY ORDERED THAT:

(1) The Debtors have filed all required New Jersey tax returns through the 2017 tax year.

(2) N.J. Taxation's Proof of Claim 19-1, filed on February 5, 2019, is hereby superseded by Claim No. 19-2, filed on March 7, 2019.

(3) Claim No. 19-2 is hereby allowed as a Secured Claim in the amount of $4,160.37, a Priority Claim in the amount of $32,161.89, and a General Unsecured Claim in the amount of $4,371.50.

Page 3
Debtor: Michael & Susan Klapkin
Case No.: 18-22055 (CMG)
Caption of Order: CONSENT ORDER REGARDING NEW JERSEY DIVISION OF TAXATION'S CLAIMS

---

(4) N.J. Taxation's Secured Claim in the amount of $4,160.37 and Priority Claim in the amount of $32,161.89 shall be paid in full through the Debtors' Chapter 13 Plan.

(5) N.J. Taxation's General Unsecured Claim in the amount of $4,371.50 shall be paid pursuant to the terms of Debtors' Chapter 13 Plan.

(6) The Chapter 13 Trustee is hereby authorized to pay N.J. Taxation's allowed claims set forth herein.

CONSENTED AS TO FORM AND ENTRY:

| GILLMAN, BURTON & CAPONE, LLC | GURBIR S. GREWAL |
|---|---|
| Attorneys for the Debtors | Attorney General of New Jersey |

/s/Justin M. Gillman                          /s/Valerie A. Hamilton
Justin M. Gillman, Esq.                       Valerie A. Hamilton
                                              Deputy Attorney General