| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| GURBIR S. GREWAL<br>ATTORNEY GENERAL OF NEW JERSEY<br>By: Valerie A. Hamilton (18201995)<br>Deputy Attorney General<br>Richard J. Hughes Justice Complex<br>25 W. Market Street<br>P.O. Box 106<br>Trenton, New Jersey 08625<br>Tel: (609) 376-2892<br>Attorneys for the New Jersey Division of Taxation | **Order Filed on April 14, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>MICHAEL and SUSAN KLAPKIN,<br><br>      Debtors. | Hon. Christine M. Gravelle<br><br>Case No.: 18-22055 (CMG)<br><br>Chapter 13<br><br>Hearing Date: April 3, 2019 |

**CONSENT ORDER REGARDING NEW JERSEY DIVISION OF TAXATION'S CLAIMS**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: April 14, 2019**

*/s/ Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

**Page 2**
Debtor: Michael & Susan Klapkin
Case No.: 18-22055 (CMG)
Caption of Order: CONSENT ORDER REGARDING NEW JERSEY DIVISION OF TAXATION'S CLAIMS

This matter having been presented to the Court by Debtors, Michael and Susan Klapkin ("Debtors"), on Motion to Modify the Proof of Claim (Claim No. 19-1) of the State of New Jersey Division of Taxation ("N.J. Taxation"), and N.J. Taxation having filed an amended Proof of Claim (Claim No. 19-2), and the Debtors, by and through their counsel, Gillman, Bruton & Capone, LLC (Justin M. Gillman, Esq., appearing) and N.J. Taxation, by and through its attorney, Gurbir S. Grewal, Attorney General of New Jersey (Valerie A. Hamilton, Deputy Attorney General, appearing) having consented to the relief set forth herein, and good and sufficient cause appearing for the entry of the within Order; IT IS HEREBY ORDERED THAT:

(1) The Debtors have filed all required New Jersey tax returns through the 2017 tax year.

(2) N.J. Taxation's Proof of Claim 19-1, filed on February 5, 2019, is hereby superseded by Claim No. 19-2, filed on March 7, 2019.

(3) Claim No. 19-2 is hereby allowed as a Secured Claim in the amount of $4,160.37, a Priority Claim in the amount of $32,161.89, and a General Unsecured Claim in the amount of $4,371.50.

Case 18-22055-CMG    Doc 42    Filed 04/17/19    Entered 04/18/19 00:36:25    Desc Imaged
Certificate of Notice    Page 3 of 4

**Page 3**
Debtor: Michael & Susan Klapkin
Case No.: 18-22055 (CMG)
Caption of Order: CONSENT ORDER REGARDING NEW JERSEY DIVISION OF TAXATION'S CLAIMS

(4) N.J. Taxation's Secured Claim in the amount of $4,160.37 and Priority Claim in the amount of $32,161.89 shall be paid in full through the Debtors' Chapter 13 Plan.

(5) N.J. Taxation's General Unsecured Claim in the amount of $4,371.50 shall be paid pursuant to the terms of Debtors' Chapter 13 Plan.

(6) The Chapter 13 Trustee is hereby authorized to pay N.J. Taxation's allowed claims set forth herein.


CONSENTED AS TO FORM AND ENTRY:

| GILLMAN, BURTON & CAPONE, LLC | GURBIR S. GREWAL |
| Attorneys for the Debtors | Attorney General of New Jersey |


/s/Justin M. Gillman                /s/Valerie A. Hamilton
Justin M. Gillman, Esq.             Valerie A. Hamilton
                                    Deputy Attorney General

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-22055-CMG
Michael S Klapkin                                                     Chapter 13
Susan Klapkin
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 1              Date Rcvd: Apr 15, 2019
                             Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 17, 2019.
db/jdb         #+Michael S Klapkin,    Susan Klapkin,    17 Gramercy Lane,    Manalapan, NJ 07726-8320

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 15, 2019 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Justin M Gillman    on behalf of Joint Debtor Susan  Klapkin ecf@gbclawgroup.com,
               5326@notices.nextchapterbk.com,e4eaf5f23@maildrop.clio.com
              Justin M Gillman    on behalf of Debtor Michael S Klapkin ecf@gbclawgroup.com,
               5326@notices.nextchapterbk.com,e4eaf5f23@maildrop.clio.com
              Kevin Gordon McDonald    on behalf of Creditor    M&T BANK kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               rsolarz@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    M&T BANK rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9