Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−22055−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Michael S Klapkin                         Susan Klapkin
  19 Bonnie Drive                           19 Bonnie Drive
  Middletown, NJ 07748                      Middletown, NJ 07748

Social Security No.:
  xxx−xx−1076                               xxx−xx−6582

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:      5/20/20
Time:      12:00 PM
Location:  Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Justin M. Gillman, Debtor's Attorney

COMMISSION OR FEES
Fees: $4,222.50

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

☑   will not reduce the amount to be paid to general unsecured creditors under the plan.

☐   will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: April 16, 2020
JAN:

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-22055-CMG
Michael S Klapkin                                                         Chapter 13
Susan Klapkin
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 5              Date Rcvd: Apr 16, 2020
                              Form ID: 137             Total Noticed: 141

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2020.
```
db/jdb         +Michael S Klapkin,   Susan Klapkin,   19 Bonnie Drive,    Middletown, NJ 07748-5107
517591068     ++AMERICAN HONDA FINANCE,   P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court: American Honda Finance,   201 Little Falls Dr,
                Wilmington, DE 19808)
517591071      +Amex,   P.o. Box 981537,   El Paso, TX 79998-1537
517591069      +Amex,   Correspondence,   Po Box 981540,   El Paso, TX 79998-1540
517591076     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bank Of America,   Attn: Bankruptcy,   Po Box 982238,
                El Paso, TX 79998)
517591073      +Bank of America,   4909 Savarese Circle,   Fl1-908-01-50,   Tampa, FL 33634-2413
517591081      +Barneys Ny,   Po Box 326,   Lyndhurst, NJ 07071-0326
517591083      +Cap1/saks,   140 W Industrial Dr,   Elmhurst, IL 60126-1602
517591088      +Capital One / Saks F,   3455 Highway 80 W,   Jackson, MS 39209-7202
517707042       Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
517591089      +Centra State Medical Center,   901 West Main Street,   Freehold, NJ 07728-2549
517591090       Central Jersey Emerg Medicine Assoc PC,   PO Box 808,   Grand Rapids, MI 49518-0808
517591101      +ChaseHealthAdvance,   Attn: Bankruptcy,   1717 Hermitage Blvd Ste 101,
                Tallahassee, FL 32308-7709
517591104      +Citibank,   1000 Technology Dr,   O Fallon, MO 63368-2222
517591103      +Citibank,   Centralized Bankruptcy,   Po Box 790034,   St Louis, MO 63179-0034
517591106      +Citibank/Exxon Mobile,   Po Box 6497,   Sioux Falls, SD 57117-6497
517591105      +Citibank/Exxon Mobile,   Centralized Bankruptcy,   Po Box 790034,   St Louis, MO 63179-0034
517591108      +Citibank/Sears,   Po Box 6283,   Sioux Falls, SD 57117-6283
517591107      +Citibank/Sears,   Centralized Bankruptcy,   Po Box 790034,   St Louis, MO 63179-0034
517591110      +Citibank/Shell Oil,   Po Box 6497,   Sioux Falls, SD 57117-6497
517591109      +Citibank/Shell Oil,   Centralized Bankruptcy,   Po Box 790034,   St Louis, MO 63179-0034
517591111      +Citibank/Sunoco,   Citibank Corp/Centralized Bankruptcy,   Po Box 790034,
                St Louis, MO 63179-0034
517591112      +Citibank/Sunoco,   Po Box 6497,   Sioux Falls, SD 57117-6497
517591114      +Citibank/The Home Depot,   Po Box 6497,   Sioux Falls, SD 57117-6497
517591113      +Citibank/The Home Depot,   Centralized Bankruptcy,   Po Box 790034,   St Louis, MO 63179-0034
517591116      +Citicards,   Po Box 6241,   Sioux Falls, SD 57117-6241
517591115      +Citicards,   Citicorp Credit Services/Attn: Centraliz,   Po Box 790040,
                Saint Louis, MO 63179-0040
517591125      +Diamond Resorts Management, Inc.,   10600 West Charleston Blvd.,   Las Vegas, NV 89135-1014
517591126       Diamond Resorts U.S. Collection,   PO Box 8526,   Pompano Beach, FL 33075-8526
517591129       Equifax,   P.O. Box 740241,   Atlanta, GA 30374-0241
517591130      +Experian,   475 Anton Blvd,   Costa Mesa, CA 92626-7037
517591133      +Golden Valley Lending,   635 East Hwy 20 E,   Upper Lake, CA 95485-8793
517591135      +Gulf Oil,   Po Box 15410,   Amarillo, TX 79105-5410
517591141      +J. Alvarado Landscaping,   334 Washington Street,   Perth Amboy, NJ 08861-3349
517591142     ++JERSEY CENTRAL POWER AND LIGHT COMPANY,   BUILDING 3,   331 NEWMAN SPRINGS ROAD,
                RED BANK NJ 07701-6771
                (address filed with court: Jersey Central Power and Light,   P.O. Box 3687,
                Akron, OH 44309-3687)
517591143      +KML Law Group, PC,   216 Haddon Avenue,   Suite 406,   Collingswood, NJ 08108-2812
517591156      +MMG Anesthesia,   222 Schanck Road,   Freehold, NJ 07728-3068
517591155      +MidAmerica Bank & Trust Company,   5109 S Broadband Lane,   Sioux Falls, SD 57108-2208
517591154      +MidAmerica Bank & Trust Company,   Attn: Bankruptcy,   Po Box 400,   Dixon, MO 65459-0400
517591157      +Monmouth County Sheriff's Ofice,   2500 Kozloski Rd,   Freehold, NJ 07728-4424
517591160      +North Cash Collections Department,   North Star Finance, LLC.,   P.O. Box 498,
                Hays, MT 59527-0498
517591161      +Oliphant Financial,   1800 Second st,   Ste., 603,   Sarasota, FL 34236-5990
517591167      +PNC Bank,   Attn: Bankruptcy Department,   Po Box 94982: Mailstop Br-Yb58-01-5,
                Cleveland, OH 44101-4982
517591168      +PNC Bank,   1 Financial Pkwy,   Kalamazoo, MI 49009-8002
517591169       Princeton Medical Group PA,   419 North Harrison Street,   Princeton, NJ 08540-3594
518011935     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,   Division of Taxation,   PO Box 245,
                Trenton, NJ 08695-0245)
517591170      +Santander Consumer USA,   Santander Consumer USA,   Po Box 961245,   Fort Worth, TX 76161-0244
517591171      +Santander Consumer USA,   2208 Highway 121 Ste 100,   Bedford, TX 76021-5981
517591172      +State of New Jersey Division of Taxation,   Revenue Processing Center,   PO Box 111,
                Trenton, NJ 08645-0111
517591200      +Tbom/atls/fortiva Mc,   5 Concourse Pkwy,   Atlanta, GA 30328-5350
517681199      +The Bank of Missouri,   PO Box 105555,   Atlanta, GA 30348-5555
517591201       TransUnion,   P.O. Box 2000,   Crum Lynne, PA 19022
517591202       Universal Service Company,   307 Wall St.,   Princeton, NJ 08540-1515
517591203       Vital Recovery Services, LLC,   P.O. Box 923748,   Peachtree Corners, GA 30010-3748
517711419       eCAST Settlement Corporation,   PO Box 29262,   New York NY 10087-9262
```

```
District/off: 0312-3              User: admin               Page 2 of 5               Date Rcvd: Apr 16, 2020
                                  Form ID: 137              Total Noticed: 141


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg               E-mail/Text: usanj.njbankr@usdoj.gov Apr 17 2020 01:39:48     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg              +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 17 2020 01:39:47     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
517591067         E-mail/Text: ebnbankruptcy@ahm.honda.com Apr 17 2020 01:39:53     American Honda Finance,
                  Attn: Bankruptcy,    Po Box 168088,    Irving, TX 75016
517591065        +E-mail/Text: ally@ebn.phinsolutions.com Apr 17 2020 01:39:07     Ally Financial,
                  Attn: Bankruptcy,    Po Box 380901,    Bloomington, MN 55438-0901
517628949         E-mail/Text: ally@ebn.phinsolutions.com Apr 17 2020 01:39:07     Ally Financial,
                  PO Box 130424,    Roseville MN 55113-0004
517591066        +E-mail/Text: ally@ebn.phinsolutions.com Apr 17 2020 01:39:07     Ally Financial,
                  200 Renaissance Ctr,    Detroit, MI 48243-1300
517674571        +E-mail/Text: bknotices@totalcardinc.com Apr 17 2020 01:39:49     Bank of Missouri,
                  c/o Total Card Inc.,    5109 S. Broadband Lane,    Sioux Falls, SD 57108-2208
517591086         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 17 2020 01:37:57     Capital One,
                  15000 Capital One Dr,    Richmond, VA 23238
517662678         E-mail/PDF: MerrickBKNotifications@Resurgent.com Apr 17 2020 01:36:38
                  CW Nexus Credit Card Holdings l, LLC,    Resurgent Capital Services,    PO Box 10368,
                  Greenville, SC 29603-0368
517591082        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 17 2020 01:37:19     Cap1/saks,
                  Capital One Retail Srvs/Attn: Bankruptcy,    Po Box 30258,    Salt Lake City, UT 84130-0258
517591084        +E-mail/Text: cms-bk@cms-collect.com Apr 17 2020 01:39:31     Capital Management Services LP,
                  698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
517591085        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 17 2020 01:37:19     Capital One,
                  Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517591087        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 17 2020 01:36:44     Capital One / Saks F,
                  Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517591117        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 17 2020 01:39:37     Comenity Bank/Ann Taylor,
                  Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
517591118        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 17 2020 01:39:37     Comenity Bank/Ann Taylor,
                  Po Box 182789,    Columbus, OH 43218-2789
517591119        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 17 2020 01:39:37     Comenity Bank/fortunof,
                  Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
517591120        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 17 2020 01:39:38     Comenity Bank/fortunof,
                  Po Box 182789,    Columbus, OH 43218-2789
517591121        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 17 2020 01:39:38     Comenitycb/barneys,
                  Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
517591122        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 17 2020 01:39:38     Comenitycb/barneys,
                  Po Box 182120,    Columbus, OH 43218-2120
517591124         E-mail/PDF: DellBKNotifications@resurgent.com Apr 17 2020 01:38:06
                  Dell Financial Services LLC,    1 Dell Way,    Round Rock, TX 78682
517591123         E-mail/PDF: DellBKNotifications@resurgent.com Apr 17 2020 01:37:28
                  Dell Financial Services LLC,    Attn: President/CEO,    Po Box 81577,    Austin, TX 78708
517591128         E-mail/Text: mrdiscen@discover.com Apr 17 2020 01:39:11     Discover Financial,    Po Box 15316,
                  Wilmington, DE 19850
517603326         E-mail/Text: mrdiscen@discover.com Apr 17 2020 01:39:11     Discover Bank,
                  Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
517591127        +E-mail/Text: mrdiscen@discover.com Apr 17 2020 01:39:11     Discover Financial,    Po Box 3025,
                  New Albany, OH 43054-3025
517591131        +E-mail/Text: GenesisFS@ebn.phinsolutions.com Apr 17 2020 01:40:20     Genesis Bankcard Services,
                  Po Box 4477,    Beaverton, OR 97076-4401
517591132        +E-mail/Text: GenesisFS@ebn.phinsolutions.com Apr 17 2020 01:40:20     Genesis Bankcard Services,
                  Po Box 4499,    Beaverton, OR 97076-4499
517591134        +E-mail/Text: collections@greentrustcash.com Apr 17 2020 01:40:09     Green Trust Cash,
                  P.O. Box 340,    Hays, MT 59527-0340
517591136        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 17 2020 01:39:38     Gulf Oil,
                  8035 Quivira Rd Ste 100,    Lenexa, KS 66215-2746
517591138        +E-mail/Text: camanagement@mtb.com Apr 17 2020 01:39:32     Hudson City Savings Ba,
                  West 80 Century Road,    Paramus, NJ 07652-1437
517591137        +E-mail/Text: camanagement@mtb.com Apr 17 2020 01:39:32     Hudson City Savings Ba,
                  Hudson City Savings Bank,    80 W Century Road,    Paramus, NJ 07652-1437
517591139         E-mail/Text: sbse.cio.bnc.mail@irs.gov Apr 17 2020 01:39:24     Internal Revenue Service (IRS),
                  Department of Treasury,    P.O. Box 7346,    Philadelphia, PA 19101-7346
517591091         E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 17 2020 01:37:54     Chase Card Services,
                  Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850
517591096         E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 17 2020 01:37:16     Chase Card Services,
                  Po Box 15298,    Wilmington, DE 19850
517591102         E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 17 2020 01:37:15     ChaseHealthAdvance,
                  Po Box 15298,    Wilmington, DE 19850
517591144        +E-mail/Text: bncnotices@becket-lee.com Apr 17 2020 01:39:15     Kohls/Capital One,
                  Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
517591145        +E-mail/Text: bncnotices@becket-lee.com Apr 17 2020 01:39:15     Kohls/Capital One,
                  N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
```

```
District/off: 0312-3          User: admin              Page 3 of 5              Date Rcvd: Apr 16, 2020
                              Form ID: 137             Total Noticed: 141


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517706128      E-mail/PDF: resurgentbknotifications@resurgent.com Apr 17 2020 01:36:54
                 LVNV Funding, LLC its successors and assigns as,   assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
517591146     +E-mail/Text: bk@lendingclub.com Apr 17 2020 01:40:05      Lending Club Corp,    71 Stevenson St,
                 Suite 300,    San Francisco, CA 94105-2985
517591147     +E-mail/Text: bk@lendingclub.com Apr 17 2020 01:40:05      Lending Club Corp,    71 Stevenson,
                 San Francisco, CA 94105-2934
517591149      E-mail/Text: camanagement@mtb.com Apr 17 2020 01:39:32       M & T Bank,   1 Fountain Plz,
                 Buffalo, NY 14203
517591148      E-mail/Text: camanagement@mtb.com Apr 17 2020 01:39:32       M & T Bank,   Attn: Bankruptcy,
                 Po Box 844,    Buffalo, NY 14240
517718188      E-mail/Text: camanagement@mtb.com Apr 17 2020 01:39:32       M&T Bank,   PO Box 840,
                 Buffalo, NY 14240
517662624      E-mail/PDF: MerrickBKNotifications@Resurgent.com Apr 17 2020 01:37:17       MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
517591153     +E-mail/PDF: MerrickBKNotifications@Resurgent.com Apr 17 2020 01:37:15
                 Merrick Bank/CardWorks,    101 Crossways Park Dr W,   Woodbury, NY 11797-2020
517591150     +E-mail/PDF: MerrickBKNotifications@Resurgent.com Apr 17 2020 01:37:53
                 Merrick Bank/CardWorks,    Attn: Bankruptcy,   Po Box 9201,    Old Bethpage, NY 11804-9001
517591152     +E-mail/PDF: MerrickBKNotifications@Resurgent.com Apr 17 2020 01:37:53
                 Merrick Bank/CardWorks,    Po Box 9201,   Old Bethpage, NY 11804-9001
517591158     +E-mail/Text: bnc@nordstrom.com Apr 17 2020 01:39:21      Nordstrom FSB,
                 Attn: Bankruptcy Department,    Po Box 6555,   Englewood, CO 80155-6555
517591159     +E-mail/Text: bnc@nordstrom.com Apr 17 2020 01:39:20      Nordstrom FSB,    13531 E Caley Ave,
                 Englewood, CO 80111-6505
517635223      E-mail/PDF: cbp@onemainfinancial.com Apr 17 2020 01:37:07       ONEMAIN,   PO BOX 3251,
                 EVANSVILLE, IN. 47731-3251
517591162     +E-mail/PDF: cbp@onemainfinancial.com Apr 17 2020 01:37:44       OneMain Financial,
                 Attn: Bankruptcy,    601 Nw 2nd Street,   Evansville, IN 47708-1013
517591164     +E-mail/PDF: cbp@onemainfinancial.com Apr 17 2020 01:37:44       OneMain Financial,    Po Box 1010,
                 Evansville, IN 47706-1010
517591165     +E-mail/PDF: cbp@onemainfinancial.com Apr 17 2020 01:36:31       Onemain Financial,
                 6801 Colwell Blvd,    Irving, TX 75039-3198
517591163     +E-mail/PDF: cbp@onemainfinancial.com Apr 17 2020 01:36:30       Onemain Financial,
                 Attn: Bankruptcy,    Po Box 3251,   Evansville, IN 47731-3251
517963789      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 17 2020 01:37:26
                 Portfolio Recovery Associates, LLC,    PO Box 41067,   Norfolk, VA 23541
517963790      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 17 2020 01:38:02
                 Portfolio Recovery Associates, LLC,    PO Box 41067,   Norfolk, VA 23541,
                 Portfolio Recovery Associates, LLC,    PO Box 41067,   Norfolk, VA 23541
517711846      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 17 2020 01:36:50
                 Portfolio Recovery Associates, LLC,    c/o Pc Richards,    POB 41067,   Norfolk VA 23541
517591166     +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2020 01:36:39       PayPal Credit,   PO Box 105658,
                 Atlanta, GA 30348-5658
517651387      E-mail/Text: bnc-quantum@quantum3group.com Apr 17 2020 01:39:44
                 Quantum3 Group LLC as agent for,    GPCC I LLC,   PO Box 788,    Kirkland, WA 98083-0788
517703793      E-mail/Text: bnc-quantum@quantum3group.com Apr 17 2020 01:39:43
                 Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,    Kirkland, WA 98083-0788
517713289     +E-mail/Text: bncmail@w-legal.com Apr 17 2020 01:39:53      SYNCHRONY BANK,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
517591175     +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2020 01:36:34       Syncb/Indepndnt Furniture,
                 Po Box 965064,    Orlando, FL 32896-5064
517591176     +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2020 01:36:34       Syncb/Indepndnt Furniture,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
517591177     +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2020 01:36:35       Syncb/Lord & Taylor,
                 Attn: Bankruptcy,    Po Box 965060,   Orlando, FL 32896-5060
517591178     +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2020 01:36:34       Syncb/Lord & Taylor,
                 Po Box 965015,    Orlando, FL 32896-5015
517591174     +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2020 01:37:52       Syncb/county Tv & Appl,
                 C/o P.o. Box 965036,    Orlando, FL 32896-0001
517591179     +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2020 01:36:38       Syncb/worldwide Wholes,
                 Attn: Bankruptcy,    Po Box 965060,   Orlando, FL 32896-5060
517591180     +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2020 01:37:11       Syncb/worldwide Wholes,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
517593492     +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2020 01:36:35       Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517591181     +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2020 01:37:10       Synchrony Bank/Banana Republic,
                 Attn: Bankruptcy Dept,    Po Box 965060,   Orlando, FL 32896-5060
517591182     +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2020 01:37:10       Synchrony Bank/Banana Republic,
                 Po Box 965005,    Orlando, FL 32896-5005
517591183     +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2020 01:37:51       Synchrony Bank/Brook Brothers,
                 Attn: Bankruptcy Dept,    Po Box 965060,   Orlando, FL 32896-5060
517591185     +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2020 01:37:10       Synchrony Bank/Brook Brothers,
                 Po Box 965005,    Orlando, FL 32896-5005
517591188     +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2020 01:37:11       Synchrony Bank/HH Gregg,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
517591187     +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2020 01:37:49       Synchrony Bank/HH Gregg,
                 Attn: Bankruptcy,    Po Box 965060,   Orlando, FL 32896-5060
```

```
District/off: 0312-3            User: admin               Page 4 of 5              Date Rcvd: Apr 16, 2020
                                Form ID: 137              Total Noticed: 141


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517591189      +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2020 01:36:36       Synchrony Bank/Linen N' Things,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517591190      +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2020 01:36:36       Synchrony Bank/Linen N' Things,
                 Po Box 965005,    Orlando, FL 32896-5005
517591191      +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2020 01:36:35       Synchrony Bank/Lowes,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517591192      +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2020 01:37:11       Synchrony Bank/Lowes,
                 Po Box 965005,    Orlando, FL 32896-5005
517591193      +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2020 01:37:13       Synchrony Bank/PC Richard,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517591195      +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2020 01:37:11       Synchrony Bank/PC Richard,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
517591197      +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2020 01:36:35       Synchrony Bank/Walmart,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517591198      +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2020 01:36:36       Synchrony Bank/Walmart,
                 Po Box 965024,    Orlando, FL 32896-5024
517591199      +E-mail/Text: eric.roffer@taxdefensenetwork.com Apr 17 2020 01:40:15       Tax Defense Network,
                 9000 Soutside Blvd,    Building 100, 10th Floor,    Jacksonville, FL 32256-0792
517696197      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 17 2020 01:48:36       Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517591205      +E-mail/Text: vci.bkcy@vwcredit.com Apr 17 2020 01:39:53       Volkswagen Credit, Inc,
                 1401 Franklin Blvd,    Libertyville, IL 60048-4460
517591204      +E-mail/Text: vci.bkcy@vwcredit.com Apr 17 2020 01:39:53       Volkswagen Credit, Inc,   Po Box 3,
                 Hillsboro, OR 97123-0003
                                                                                               TOTAL: 86

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517591070*     +Amex,   Correspondence,   Po Box 981540,    El Paso, TX 79998-1540
517591072*     +Amex,   P.o. Box 981537,    El Paso, TX 79998-1537
517591080*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,     Po Box 982238,    El Paso, TX 79998)
517591077*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     Po Box 982238,    El Paso, TX 79998)
517591078*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     Po Box 982238,    El Paso, TX 79998)
517591079*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     Po Box 982238,    El Paso, TX 79998)
517591074*     +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
517591075*     +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
517669900*    ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services, LLC,     Resurgent Capital Services,
                 PO Box 10390,    Greenville, SC 29603-0390)
517591140*      Internal Revenue Service (IRS),    Department of Treasury,    P.O. Box  7346,
                 Philadelphia, PA 19101-7346
517591092*    ++JPMORGAN CHASE BANK  N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                 MONROE LA 71203-4774
               (address filed with court: Chase Card Services,     Correspondence Dept,   Po Box 15298,
                 Wilmington, DE 19850)
517591093*    ++JPMORGAN CHASE BANK  N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                 MONROE LA 71203-4774
               (address filed with court: Chase Card Services,     Correspondence Dept,   Po Box 15298,
                 Wilmington, DE 19850)
517591094*    ++JPMORGAN CHASE BANK  N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                 MONROE LA 71203-4774
               (address filed with court: Chase Card Services,     Correspondence Dept,   Po Box 15298,
                 Wilmington, DE 19850)
517591095*    ++JPMORGAN CHASE BANK  N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                 MONROE LA 71203-4774
               (address filed with court: Chase Card Services,     Correspondence Dept,   Po Box 15298,
                 Wilmington, DE 19850)
517591097*    ++JPMORGAN CHASE BANK  N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                 MONROE LA 71203-4774
               (address filed with court: Chase Card Services,     Po Box 15298,   Wilmington, DE 19850)
517591098*    ++JPMORGAN CHASE BANK  N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                 MONROE LA 71203-4774
               (address filed with court: Chase Card Services,     Po Box 15298,   Wilmington, DE 19850)
517591099*    ++JPMORGAN CHASE BANK  N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                 MONROE LA 71203-4774
               (address filed with court: Chase Card Services,     Po Box 15298,   Wilmington, DE 19850)
517591100*    ++JPMORGAN CHASE BANK  N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                 MONROE LA 71203-4774
               (address filed with court: Chase Card Services,     Po Box 15298,   Wilmington, DE 19850)
517591151*     +Merrick Bank/CardWorks,    Attn: Bankruptcy,    Po Box 9201,   Old Bethpage, NY 11804-9001
517591173*     +State of New Jersey Division of Taxation,     Revenue Processing Center,   PO Box 111,
                 Trenton, NJ 08645-0111
517591184*     +Synchrony Bank/Brook Brothers,    Attn: Bankruptcy Dept,    Po Box 965060,
                 Orlando, FL 32896-5060
517591186*     +Synchrony Bank/Brook Brothers,    Po Box 965005,    Orlando, FL 32896-5005
```

```
District/off: 0312-3              User: admin                  Page 5 of 5                  Date Rcvd: Apr 16, 2020
                                  Form ID: 137                 Total Noticed: 141


           ***** BYPASSED RECIPIENTS (continued) *****
517591194*    +Synchrony Bank/PC Richard,    Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517591196*    +Synchrony Bank/PC Richard,    C/o Po Box 965036,    Orlando, FL 32896-0001
                                                                                             TOTALS: 0, * 24, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 15, 2020 at the address(es) listed below:
              Albert    Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Justin M Gillman     on behalf of Joint Debtor Susan   Klapkin ecf@gbclawgroup.com,
               R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com
              Justin M Gillman     on behalf of Debtor Michael S Klapkin ecf@gbclawgroup.com,
               R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com
              Kevin Gordon McDonald     on behalf of Creditor    M&T BANK kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Rebecca Ann Solarz     on behalf of Creditor    M&T BANK rsolarz@kmllawgroup.com
              Rebecca Ann Solarz     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```